IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE NELSON COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTON HATHAWAY, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> AND RELATED COUNTERCLAIMS ) <br> _____) | CV F 05-0208 AWI DLB <br><br> ORDER VACATING JUNE 27, 2005 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant Weston Hathaway's motion to dismiss portions of Plaintiff's first amended complaint has been set for hearing in this case on June 27, 2005.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 27, 2005, is VACATED, and the parties shall not appear at that time.  As of June 27, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  **June 21, 2005**                      **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE