IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE NELSON COMPANY, INC., a California Corporation,<br><br>            Plaintiff,<br>   v.<br><br>WESTON HATHAWAY, and DOES 1 through 10,<br><br>            Defendants. | CV F 05-0208 AWI DLB<br><br>ORDER TAKING DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SANCTIONS UNDER SUBMISSION |

    Defendant's motion to dismiss and for sanctions is pending in this action and is set for hearing on Monday, December 19, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2005, is VACATED, and the parties shall not appear at that time. As of December 19, 2005, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 14, 2005            /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE