IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE NELSON COMPANY, INC., a California Corporation,<br><br>           Plaintiff,<br>   v.<br><br>WESTON HATHAWAY, and DOES 1 through 10,<br><br>           Defendants. | CV F 05-0208 AWI DLB<br><br>ORDER ON MOOT MOTIONS<br><br>(Documents 7 & 8) |

    Plaintiff filed motions to remand in this case. See Court's Docket at Documents 7 & 8. Plaintiff subsequently withdrew/dismissed these motions. See Plaintiff's Opposition to First Motion to Dismiss at p. 8 (Court's Docket at Document 32). An administrative review of the record in this case shows that documents 7 and 8 have been administratively termed as outstanding motions. In light of Plaintiff's withdrawal/dismissal of these motions, documents 7 and 8 are moot. To address this administrative situation, the Court will dispose of these motions.

    Accordingly, IT IS HEREBY ORDERED that the motions found in the Court's docket of this case as documents 7 and 8 are DENIED as moot.

IT IS SO ORDERED.

Dated:   February 14, 2006             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE