IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE NELSON COMPANY, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br>　v.<br>WESTON HATHAWAY, and DOES 1 through 10,<br><br>　　　　　　　Defendants. | CV F 05-0208 AWI DLB<br><br>ORDER ON WESTON HATHAWAY'S NOTICE OR REQUEST TO WITHDRAW ITS MOTION TO DISMISS AND MOTION TO STRIKE |

　　Defendant Weston Hathaway has filed for decision a motion to dismiss and to strike Plaintiff Mike Nelson Co.'s Third Amended Complaint. Hearing on this motion is set for March 20, 2006. On March 14, 2006, Hathaway filed a notice of withdrawal of its motion to dismiss and motion to strike. The March 14, 2006, document is entitled a "Motion to Withdraw," the document is entered as a "Request to Withdraw," but the language of the document indicates that the document is a notice of withdraw. Out of concern for the court's docket, the Court acknowledges Defendant's notice of withdrawal and/or grants Defendant's request/motion.

//

//

//

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   Defendant's Motion to Dismiss and To Strike, which is document No. 62 in the
3         Court's docket of this case, has been withdrawn by Defendant and is no longer
4         before the Court; and
5    2.   The March 20, 2006, hearing in this matter is VACATED.

IT IS SO ORDERED.

**Dated:    March 21, 2006**                             **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE