IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE NELSON COMPANY, INC., a California Corporation,<br><br>      Plaintiff,<br>  v.<br><br>WESTON HATHAWAY, and DOES 1 through 10,<br><br>      Defendants. | CV F 05-0208 AWI DLB<br><br>ORDER TAKING WESTON HATHAWAY'S MOTIONS UNDER SUBMISSION |

  Weston Hathaway's motions for summary judgment and partial summary adjudication are currently set for hearing on December 4, 2006. The court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 4, 2006, is VACATED, and the parties shall not appear at that time. As of December 4, 2006, the Court will take these matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: November 29, 2006     /s/ Anthony W. Ishii
0m8i78              UNITED STATES DISTRICT JUDGE